IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES C. SPENCE, ID # 712697, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:05-CV-0941-M |
| | § | |
| MARK TOLLE, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

SIGNED this 12 day of August, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE